**FILED**

02/20/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0655

## IN THE SUPREME COURT OF THE STATE OF MONTANA

LEAH STEMBLER,                                    )          Cause No. DA-23-0655
                                                            )
           Petitioner/Appellee,          )          ORDER OF DISMISSAL
  and                                               )
                                                            )
VINCENT GELDERLOOS,                      )
           Respondent/Appellant          )

Upon review of the Respondent/Appellant's Motion to Dismiss, and good cause appearing therefrom;

It is hereby ORDERED that the above-captioned case is DISMISSED.

ELECTRONICALLY SIGNED AND DATED BELOW.

cc: Jami Rebsom
Helene Orenstein

1

- -

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 20 2024